THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID G. LEGGET, Appellant, *v.* JOHN T. FETHERSTON, as Commissioner of Street Cleaning of the City of New York, et al., Respondents.

*People ex rel. Legget v. Fetherston,* 176 App. Div. 935, appeal dismissed.

(Argued April 25, 1918; decided May 14, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 2, 1917, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendants to receive and remove ashes from certain buildings in the city of New York belonging to relator. The proceeding involved the validity of the following general order of the commissioner of street cleaning. " On and after August 1, 1916, the department will discontinue the collection of ashes, floor sweepings and rubbish of every kind and description, from all business establishments and buildings no portions of which are used for dwelling or residential purposes by persons other than the caretakers, janitors or watchmen in the employ of the owner or lessee of the building, or of the proprietor of the business. * * * " Respondents contended that for the reason that it does not appear in the order of the Appellate Division that the application for the writ was denied as a matter of law, and not in the exercise of discretion, that order is not appealable to this court.

*William H. Good* for appellant.

*William P. Burr, Corporation Counsel (Terence Farley* and *William E. C. Mayer* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and MCLAUGHLIN, JJ.